IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MICHAEL J. GILL, | ) No. C09-1402-RAJ-MAT |
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER AMENDING |
| | ) THE BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on the motion by Plaintiff, it is hereby ORDERED that the Briefing Schedule is amended as follows:

- Plaintiff Opening Brief is due March 4, 2010,
- Defendant's Answering/Responsive Brief is due April 1, 2010,
- Plaintiff's optional Reply Brief is due April 15, 2010.

Dated this 3rd day of February, 2010.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

Robert A. Friedman
Robert A. Friedman & Assoc.
3410 Broadway
Everett, Washington 98201
(425) 252-5551
cshear@rafalaw.com

Page 1 ORDER [No. C09-1402-RAJ-MAT]